# FEDERAL PUBLIC DEFENDER
EASTERN DISTRICT OF VIRGINIA
500 E. MAIN STREET, SUITE 500
NORFOLK, VIRGINIA 23510
TEL: (757) 457-0870
FAX: (757) 457-0880
Email: keith_kimball@fd.org

| | |
|---|---|
| Geremy C. Kamens | Keith Loren Kimball, Supervisory |
| Federal Public Defender | Assistant Federal Public Defender |

January 5, 2026

<u>VIA ECF</u>
Honorable Judge John A. Gibney, Jr.
Senior United States District Judge
United States Courthouse
600 Granby Street
Norfolk, Virginia 23510

      RE:    United States v. Sergio Octavio Garcia
                 Case No.: 2:25-cr-131

Dear Judge Gibney:

      Pursuant to the Order of December 22, 2025 (ECF No. 23), I provide the following status report.

      We have a guilty plea hearing scheduled for Tuesday, January 27, 2026 at 11:00 a.m. before Magistrate Judge Miller. Mr. Garcia is on bond and living with his mother/family in Los Angeles, California. He is in the process of obtaining his REAL ID so he can fly here for the hearing. If he cannot obtain a REAL ID, the defense will file a motion to modify Mr. Garcia's conditions to have the Probation Office return his passport to him so he can fly here for the hearing.

      Please let me know if you have questions or would like to discuss this matter further.

      Thank you.

                              Sincerely,

                              /s/
                         Keith Loren Kimball

cc:
Megan M. Montoya, Esquire, AUSA
Nikolas Nelson, Esquire, AUSA
Kristi Hopkins, Paralegal, FPDO
Rick Hallenback, Esquire